## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROXANNE MOYER, INDIVIDUALLY** | * | **CIVIL ACTION NO. 11-3185** |
| **AND ON BEHALF OF HER DECEDENT** | * | |
| **HUSBAND, SAMUEL N. MOYER** | * | **SECTION: G(5)** |
| | * | |
| **VERSUS** | * | **JUDGE BROWN** |
| | * | |
| **SIEMENS VAI SERVICES, L.L.C., ET ALS.,** | * | **MAGISTRATE WILKINSON** |
| **SIGNAL METAL INDUSTRIES, INC.,** | * | |
| **DANIELI CORPORATION, NORTH** | * | **JURY TRIAL REQUESTED** |
| **AMERICAN REFRACTORIES CO. & BLACK** | * | |
| **DIAMOND CAPITAL MANAGEMENT,L.L.C.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### RULE 7.1 CORPORATE DISCLOSURES

**NOW INTO COURT**, through undersigned counsel, comes Defendant, *Signal Metal Industries, Inc.,* and respectfully represents that it is a 100% privately held corporation. There is no publically held corporation that owns 10% or more of the stock of *Signal Metal Industries, Inc*.

Respectfully submitted,

*DUPLASS, ZWAIN, BOURGEOIS,*
  *PFISTER & WEINSTOCK*

   *s/Kevin R. Derham*
_____
**DAVID J. BOURGEOIS (#1722)**
**KEVIN R. DERHAM (#27163)**
**ERZSEBET M. PIFKO (#33315)**
3838 North Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
davidb@duplass.com
kderham@duplass.com
epifko@duplass.com
Counsel for Defendant, *Signal Metal Industries, Inc.*

00319386-1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all known counsel of record by facsimile, electronic mail and/or by U.S. Mail, properly addressed and postage prepaid on this _____ day of _____, 2012.

*s/Kevin R. Derham*
_____
**KEVIN R. DERHAM**