UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROXANNE MOYER,**         Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 11-3185** |
| **SIEMENS VAI SERVICES, LLC, et al.,**         Defendants | **SECTION "E"** |

ORDER

Before the Court is plaintiff Roxanne Moyer's ("Moyer") ex parte motion to dismiss her claims against defendant Danieli Corporation with prejudice.[1]

**IT IS ORDERED** that Moyer's motion to dismiss be and hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that Moyer's claims against Danieli Corporation be and hereby are **DISMISSED**, with each party to bear its own costs.

**IT IS FURTHER ORDERED** that the pending summary judgment motion filed by Danieli Corporation[2] be and hereby is **DISMISSED AS MOOT.**

New Orleans, Louisiana, this  7th  day of September, 2012.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 63.

[2] R. Doc. 54.