UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROXANNE MOYER                               CIVIL ACTION NO. 2:11-CV-03185

VERSUS                                      JUDGE: SUSIE MORGAN

SIEMENS VAI SERVICES,
LLC, ET AL                                  MAGISTRATE: JOSEPH C. WILKINSON, JR.
************************************************************************

# ORDER

Considering the foregoing Ex Parte Motion to Dismiss Black Diamond Capital Management, LLC with prejudice filed by Plaintiff:

IT IS HEREBY ORDERED that the Motion be and is hereby GRANTED and that defendant Black Diamond Capital Management, LLC be and is hereby dismissed *with prejudice*, with each party to bear his own costs.

This Done and Signed in New Orleans, Louisiana, this  12th  day of September, 2012.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE