UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROXANNE MOYER, INDIVIDUALLY AND ON BEHALF OF HER DECEDENT HUSBAND, SAMUEL N. MOYER** | * * * * | **CIVIL ACTION NO: 2:11-3185** <br><br> **SECTION: E** |
| **VERSUS** | * * | **MAGISTRATE DIV.: 2** |
| **SIEMENS VAI SERVICES, L.L.C**, *ET ALS*., **SIGNAL METAL INDUSTRIES, INC., DANIELI CORPORATION, NORTH AMERICAN REFRACTORIES CO., & BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C.** | * * * * * * * | **JURY TRIAL REQUESTED** |

*******************************************

## ORDER

The foregoing Motion considered,

  **IT IS ORDERED** that the Defendant, North American Refractories Inc., is dismissed with prejudice, each party to bear its own costs.

  **IT IS FURTHER ORDERED** that North American Refractories Inc.'s pending motion for summary judgment (Doc. 76) be and hereby is **DISMISSED AS MOOT.**

  New Orleans, Louisiana this 22nd day of January, 2013.

  _____
  Susie Morgan
  United States District Judge