UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROXANNE MOYER, INDIVIDUALLY** | * | **CIVIL ACTION NO: 2:11-3185** |
| **AND ON BEHALF OF HER DECEDENT** | * | |
| **HUSBAND, SAMUEL N. MOYER** | * | **SECTION: E** |
| | * | |
| **VERSUS** | * | **MAGISTRATE DIV.: 2** |
| | * | |
| **SIEMENS VAI SERVICES, L.L.C,** | * | |
| **SIGNAL METAL INDUSTRIES, INC.,** | * | **JURY TRIAL REQUESTED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S PROPOSED VOIR DIRE**

NOW COMES, the Plaintiff, by counsel, who files her suggested *Voir Dire* of the jury empanelled on this matter as follows:

**I.    Plaintiff's General Voir Dire Questions:**

1.    Are any of you or your immediate family socially acquainted with or have you ever been represented by counsel for the Defendants Signal Metal or Siemens, or are you socially acquainted with Nelson "Chip" W. Wagar, III, Joseph Lipari, Robert J. Kelly, Kevin Derham, Andrew Weinstock?

2.    Do you know any associates or employees of the attorneys for the Defendant's law firms as listed above?

3.    If you are married, what does your spouse do, if they work outside the home? If retired, please tell us what job your spouse is retired from? What specific work do you do in your job?

4.    Have any of you or your immediate family ever been represented by counsel for the Plaintiff, Benjamin B. Saunders, Carisa German-Oden, or Joseph Mark Miller, or are you

1

socially acquainted with or have you been represented by any members of the law firm of Davis, Saunders & Miller?

5. Have any of you or members of your immediate family ever worked with, met, or had any business or medical relationship with any of the witnesses in this case? (Witness List)

6. Do you or any immediate family members own stock in Siemens Industry, Signal Metals, Arcelor Mittal or any subsidiaries of those companies, any steel manufacturers, or manufacturers of steel-making equipment?

7. Would each of you look at the other members of the panel please? Is there anyone on this jury panel that you know or who looks familiar? How do you know that person and to what extent do you know them?

8. Have any of you or your immediate family ever been employed, associated or done business with any steel mills or manufacturers of steel mill equipment?

9. Do any of you or your immediate family have any city, government or business contacts or interests whatsoever or supply services or products to the steel manufacturing industry?

10. Have any of you or any member of your family ever been involved in an accident or received an injury, occupational disease or made a claim at their place of employment?

11. Have any of you or any member of your family ever been involved in an accident or received an injury while using large equipment or machinery?

12. Have any of you ever been a party or involved in a civil lawsuit involving a personal injury or occupational disease? Were you the plaintiff? Were you the defendant? Were you satisfied with the handling of that matter?

2

13. Have any of you, or members of your family sued or ever been sued in an accident case? Were you the plaintiff or the defendant in the suit? Please describe if you still have any strong feelings one way or the other about the outcome of the lawsuit?

14. Are you or any of your immediate family involved in any way with the processing or handling of claims for personal injuries or illnesses? If yes, please describe the duties of that job.

15. Are there any of you or any members of your family who have ever been employed in a doctor's office, clinic or hospital, or employed as a nurse, physical therapist, health care technician, or in any other position in the health care field?

16. Do you consider yourself a leader? In what ways?

16. This is a civil case. The Court will instruct you at the end of this case that the Plaintiff must prove his case by the greater weight of the evidence standard, and _not_ the criminal law standard of beyond a reasonable doubt. Do any of you have any personal feelings, thoughts, ideas that would prevent you from following the civil, greater weight/preponderance of evidence standard in this type of case?

17. You must determine any monetary damages to the Plaintiff proven by the greater weight of the evidence, in an amount that will fully and fairly compensate the Plaintiff. Do any of you have any personal feelings, thoughts, ideas that would prevent you from following this standard as it pertains to monetary damages?

18. Do any of you have any personal feelings, thoughts, or issues for or against evidence of injuries to a person that may be psychological or mental, as opposed to physical injuries that can be visually seen or observed? Would any of you have any difficulty or problem assessing damages that may be mental or psychological as opposed to physical injuries, to the extent that you believe you might have difficulty fairly evaluating the evidence?

19. When assessing whether the Plaintiff has proved evidence of such damages by the greater weight of the evidence standard, is there any member of the jury who will have any difficulty or problem with assessing the evidence without regard to their own financial standing, as well as without regard to the financial worth of any party involved in this case basing your decision only on evidence at this trial?

20. Human damages, often called pain and suffering damages, are intangible under the law, you can't calculate them precisely like you can what it costs for paying your medical expenses or paying a bill. Are there any members of this panel who believe they would not be able to follow the legal instructions you are provided later in this case, regarding how a jury should consider considering those types of intangible damages in this case? Do any of you feel there is definitely a limit, or ceiling amount on what pain or suffering damages you could award before hearing any evidence about this case and its circumstances?

21. Has anyone in your immediate family ever sustained a severe burn injury? If so, please describe the type of burn, the area of the body, and the treatment that was performed?

22. Do any of you have any family members or close relatives who were seriously injured of even died as a result of a serious accident? If so, please describe what occurred. Was a lawsuit filed?

23. Are you or any of your family members, lawyers or employed with any law firm? If yes, please describe the type of practice, job with the firm, and where the firm is located.

24. Do any of you feel that there are times when a person who has been injured through carelessness of another should not bring a lawsuit? If yes, when? Why?

25. Are there any of you who hold any opinions regarding unions or management which would in any manner affect your ability to sit as an impartial juror and return a fair verdict in this case?

26. Do you have any particular feelings in general for or against injured persons or corporation defendants or manufacturers of industrial equipment relating to a suit for personal injury damages brought by an injured person?

27. If the judge instructs you on the law at the close of this case before you deliberate, and you tend to disagree with the law as instructed to you by the judge, are there any of you who would have any problem in following the law as instructed and not question it in the course of your deliberations?

28. How much would you need to be comfortable to award damages to the Plaintiff in this case — would you have to be 50 percent sure, 70 percent, or 90 percent?

29. Conservative and liberal are concepts we hear all the time—on financial matters some folks consider themselves conservative, and some consider themselves liberal on finances, do you consider yourself to be slightly more on the economically conservative side or slightly toward the economically liberal side?

30. Does anyone on further reflection realize that they need to add to, or amend, their prior responses, or lack thereof?

31. We've all been hearing a lot lately about legal reform, tort reform, verdicts being too high, lawyers taking advantage, frivolous lawsuits, verdicts hurting business, hurting medical care, all those things. We need to know how people feel about those things.

What bothers you about what's going on? Please tell me about that.

33.     Many people would have a little trouble giving money for pain and suffering because it doesn't make the pain and suffering go away.  Other people think money for pain and suffering is okay.  How many of you are a little closer to people who think money for pain and suffering is okay?  How many of you are closer to the people who would have a little trouble giving money for pain and suffering because it can't make the pain and suffering go away?

34.     Faith plays an important role in our society and our daily lives.  Some folks feel that bringing a lawsuit may not be the "Christian" thing to do.  Does anyone here have a strong religious conviction that might make it difficult to participate as a juror and judge the facts of this case?

Respectfully submitted,

**DAVIS, SAUNDERS & MILLER, PLC**

/s/ *Joseph M. Miller*

**JOSEPH M. MILLER (#30636)**
**BENJAMIN B. SAUNDERS (#11733)**
**CARISA GERMAN-ODEN (#31463)**
400 Mariners Plaza Drive, Suite 401
Mandeville, LA 70448
Telephone:     (985) 612-3070
Facsimile:      (985)612-3072
**Attorneys for Plaintiff, Roxanne Moyer et al.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of June 2013, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of filing to counsel of record.

/s/ *Joseph M. Miller*

**JOSEPH M. MILLER**

6