UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROXANNE MOYER, INDIVIDUALLY AND ON BEHALF OF HER DECEDENT HUSBAND, SAMUEL N. MOYER** | * * * * | **CIVIL ACTION NO. 11-3185** **SECTION: E(5)** |
| **VERSUS** | * * | **JUDGE SUSIE MORGAN** |
| **SIEMENS VAI SERVICES, L.L.C., ET ALS., SIGNAL METAL INDUSTRIES, INC., DANIELI CORPORATION, NORTH AMERICAN REFRACTORIES CO. & BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C.** | * * * * * | **MAGISTRATE WILKINSON** **JURY TRIAL REQUESTED** |

### SIEMENS' PROPOSED *VOIR DIRE*

Siemens Industry, Inc. proposes the following *Voir Dire* of the jury empanelled on this matter:

1. Please describe any knowledge you may have about Siemens; the kind of company it is, the products it makes, or any history you may know about the company?

2. Have you or any of your family members ever worked in a steel mill?

Respectfully submitted,

**LITTLETON JOYCE UGHETTA PARK & KELLY**

*/s/ Joseph Lipari*

_____
**JOSEPH LIPARI, T.A. (*Pro Hac Vice*)**
**ROBERT KELLY (*Pro Hac Vice*)**
39 Broadway, 34th Floor
New York, New York
Telephone: (212) 404-5777
Facsimile: (212) 232-0088
E-mail joseph.lipari@littletonjoyce.com
**Counsel for Defendant Siemens Industry Inc.**

**CHOPIN WAGAR RICHARD & KUTCHER, L.L.P.**

*/s/ Nelson W. Wagar*

_____
**NELSON W. WAGAR #13136**
Two Lakeway Center, Suite 900
3850 North Causeway Blvd.
Metairie, Louisiana 70002
Telephone: (504) 830-3838
Facsimile: (504) 836-9540
E-mail: cwagar@chopin.com
**Counsel for Defendant Siemens Industry Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of June 2013, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of filing to counsel of record.

/s/ *Joseph Lipari*
_____
**JOSEPH LIPARI**