MINUTE ENTRY
MORGAN, J.
JULY 19, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROXANNE MOYER | CIVIL ACTION |
| VERSUS | NO. 11-3185 |
| SIEMENS INDUSTRY, INC., ET AL | SECTION "E" (2) |

JUDGE SUSIE MORGAN, PRESIDING

**FRIDAY, JULY 19, 2013 AT 10:00 A.M.**

COURTROOM DEPUTY:  Cesyle Nelson
COURT REPORTER:    Cathy Pepper, morning session; Susan Zielie, afternoon session

APPEARANCES:       Joseph M. Miller, Carisa Renee German-Oden, and Benjamin B. Saunders for the plaintiff
Robert J. Kelly, Nelson W. Wagar, III, and Joseph Lipari for Siemens Industry, Inc.
Kevin R. Derham and Andrew D. Weinstock for Signal Metal Industries, Inc.

**JURY TRIAL**

Continued from July 18, 2013.

Signal moved to supplement its proffer of Exhibit 55 - denied

Charge conference held.

Closing arguments made by counsel.

Court recessed at 12:35 p.m. and resumed at 2:00 p.m.

Jury charged and retired for deliberation at 2:30 p.m.

Counsel made their objections to the jury instructions and verdict form.

Jury returned with its verdict at 4:30 p.m.

Jury thanked and released at 4:45 p.m.

JS-10: 3:00