UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROXANNE MOYER, INDIVIDUALLY | * | CIVIL ACTION NO: 2:11-3185 |
| AND ON BEHALF OF HER DECEDENT | * | |
| HUSBAND, SAMUEL N. MOYER | * | SECTION: E |
| | * | |
| VERSUS | * | MAGISTRATE DIV.: 2 |
| | * | |
| SIEMENS VAI SERVICES, L.L.C, | * | |
| SIGNAL METAL INDUSTRIES, INC., | * | JURY TRIAL REQUESTED |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## BENCH BOOK EXHIBIT INDEX

**Joint Exhibits:**

1.

2.

3.

4.

5. Baton Rouge General Burn Unit Records

6. River Parishes Hospital Medical Records

7.

8.

9.

10.

11.

12.

13.

14.

15. Heat Sheet Log Heat# 78950

16.

17. Internal Revenue Service, Tax Returns 2006 to 2008

18. Automatic Gas Coupling System 3-5-1985

19.

20.

21.

22. E-mail Larry Taylor to Ed Dee March 24, 2005

23.

24. E-Mail: Ed Dee to Larry Taylor March 15, 2005

25.

26. Signal Metal Quote for Bayou Steel Ladle Project

27. Bayou Steel Request for Quote to Signal Metals October 21, 2004

28.

29.

30. Signal Metal Invoice to Bayou Steel for Ladle Project September 30, 2005

31.

32. Brochure

33.

34. Meeting Report, Melt Shop Production Study June 1, 2000

35.

36.

37. Siemens VAI Product Reference List

38.

39. Siemens Sub-Supplier TBR Engineering Auto Coupling Reference Sheet

40.

41.

42. Gary Lefko Deposition Exhibits 2 and 3 – all safety audits and materials

43.

44.

45.

46. General correspondence [Signal Metal 375-377]

47.

48.

49. Sales Orders [Signal Metal 737-740]

50.

51.

52.

53.

54.

55.

56.

57.

58.

59.

60.

61. Arcelor Mittal Explosion Video

62.

63. Siemens VAI Automatic Gas Coupling System

64.

65.

66.

67.

68.

69.

70.

71.

72.

73.

74.

75.

76. Request for Quotation 150 ton Teeming Ladle Voest Alpine February 22, 1996

77.

78.

79.

80. SES Auto Coupling Quotation for Ladles and Ladle Transfer Cars

81. SES Auto Argon Seal Block Assembly

82. SES Auto Argon Seal Block Plunger

83.

84. Letter: Siemens to Bayou Steel Re: Safety Hazard Warning May 21, 1996

85.

86.

87. Baton Rouge General Burn Unit Photographs

88. Updated Arcelor Mittal Investigation Report

89.

90. Inspection Photos 6-4-12 [Moyer 1117, 1127, 1140, 1145, 1158-1160, 1181]

91. Inspection Photos 12-27-12 [Moyer 1549, 1550, 1564, 1574]

92. Prior Lawsuits Versus Siemens

93. VAI Ladle Transfer Car Risk Assessment June 2003

94.

95. DIN EN Standards for Safety of Machinery, General Principles

96. DIN EN Standards for Safety of Machinery, Steel Equipment

97. October 31, 1994 Bid Form for Bayou Steel Corporation and related project documents

98.

99.

100.

101.

102.

103.

104.

105.

106.

107. OSHA File

108. Purchase Orders for 1996 Birmingham Steel Project [Signal Metal 1481-1482]