| PARTY OFFERING | EXHIBIT NUMBER | DESCRIPTION | | A D M |
|---|---|---|---|---|
| Siemens | 1 – 10 | Proffer | | |
| | | | | |
| Signal | 55 | Proffer | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |