UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROXANNE MOYER, INDIVIDUALLY** | * | **CIVIL ACTION NO: 2:11-3185** |
| **AND ON BEHALF OF HER DECEDENT** | * | |
| **HUSBAND, SAMUEL N. MOYER** | * | **SECTION: E** |
| | * | |
| **VERSUS** | * | **MAGISTRATE DIV.: 2** |
| | * | |
| **SIEMENS VAI SERVICES, L.L.C. &** | * | |
| **SIGNAL METAL INDUSTRIES, INC.,** | * | **JURY TRIAL REQUESTED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JURY VERDICT FORM

### SECTION A

**A. Signal Metal Industries, Inc. ("Signal Metal")**

1. Do you find that the ladle manufactured by Signal Metal was unreasonably dangerous in its design?

   Yes_____    No___✓___

   [IF YOU ANSWERED "NO" TO QUESTION NO. 1, PLEASE PROCEED TO QUESTION NO. 4. IF YOU ANSWERED "YES," PROCEED TO QUESTION NO. 2.]

2. Do you find that the unreasonably dangerous design of the ladle existed at the time it left Signal Metal's control?

   Yes_____    No_____

   [IF YOU ANSWERED "NO" TO QUESTION NO. 2, PLEASE PROCEED TO QUESTION NO. 4. IF YOU ANSWERED "YES," PROCEED TO QUESTION NO. 3.]

1

3. Do you find that the unreasonably dangerous design of the ladle was a proximate cause of Samuel Moyer's injury?

   Yes_____   No_____

   [PROCEED TO QUESTION NO. 4.]

4. Do you find that the ladle had an unreasonably dangerous characteristic of which Signal Metal failed to warn?

   Yes_____   No __✓__

   [IF YOU ANSWERED "NO" TO QUESTION NO. 4, PLEASE PROCEED TO SECTION B. IF YOU ANSWERED "YES," PROCEED TO QUESTION NO. 5.]

5. Do you find that Signal Metal's failure to provide an adequate warning was a proximate cause of Samuel Moyer's injury?

   Yes_____   No_____

   [IF YOU DID NOT ANSWER "YES" TO ANY OF THE QUESTIONS IN SECTION A, DO NOT ALLOCATE FAULT TO SIGNAL METAL IN SECTION C.

   IF YOU ANSWER "YES" TO ALL OF THE QUESTIONS IN SECTION A, ALLOCATE FAULT TO SIGNAL METAL IN SECTION C;

   OR

   IF YOU ANSWER "YES" TO QUESTIONS 1, 2, AND 3 IN SECTION A, ALLOCATE FAULT TO SIGNAL METAL IN SECTION C;

   AND/OR

   IF YOU ANSWER "YES" TO QUESTIONS 4 AND 5 IN SECTION A, ALLOCATE FAULT TO SIGNAL METAL IN SECTION C.

   PLEASE PROCEED TO SECTION B ON THE NEXT PAGE.]

## SECTION B

B. **Siemens Industry Inc. ("Siemens")**

1. Do you find that Siemens was in the business of manufacturing argon stir stations before 1986?

    Yes __✓__   No _____

    [IF YOU ANSWERED "NO" TO QUESTION NO. 1, PLEASE PROCEED TO QUESTION NO. 7. IF YOU ANSWERED "YES," PROCEED TO QUESTION NO. 2.]

2. Do you find that the argon stir station manufactured by Siemens was unreasonably dangerous in its design?

    Yes _____   No __✓__

    [IF YOU ANSWERED "NO" TO QUESTION NO. 2, PLEASE PROCEED TO QUESTION NO. 5. IF YOU ANSWERED "YES," PROCEED TO QUESTION NO. 3.]

3. Do you find that the unreasonably dangerous design of the argon stir station existed at the time it left Siemens' control?

    Yes _____   No _____

    [IF YOU ANSWERED "NO" TO QUESTION NO. 3, PLEASE PROCEED TO QUESTION NO. 5. IF YOU ANSWERED "YES," PROCEED TO QUESTION NO. 4.]

4. Do you find that the unreasonably dangerous design of the argon stir station was a proximate cause of Samuel Moyer's injury?

    Yes _____   No _____

    [PLEASE PROCEED TO QUESTION NO. 5.]

3

5. Do you find that the argon stir station had an unreasonably dangerous characteristic of which Siemens failed to warn?

    Yes_____    No__✓__

    [IF YOU ANSWERED "NO" TO QUESTION NO. 5, PLEASE PROCEED TO QUESTION NO. 7. IF YOU ANSWERED "YES," PROCEED TO QUESTION NO. 6.]

6. Do you find that Siemens' failure to provide an adequate warning with respect to the argon stir station was a proximate cause of Samuel Moyer's injury?

    Yes_____    No_____

    [PLEASE PROCEED TO QUESTION NO. 7.]

7. Do you find that the ladle transfer car manufactured by Siemens was unreasonably dangerous in its design?

    Yes_____    No__✓__

    [IF YOU ANSWERED "NO" TO QUESTION NO. 7, PLEASE PROCEED TO QUESTION NO. 10. IF YOU ANSWERED "YES," PROCEED TO QUESTION NO. 8.]

8. Do you find that any unreasonably dangerous design of the ladle transfer car existed at the time it left Siemens' control?

    Yes_____    No_____

    [IF YOU ANSWERED "NO" TO QUESTION NO. 8, PLEASE PROCEED TO QUESTION NO. 10. IF YOU ANSWERED "YES," PROCEED TO QUESTION NO. 9.]

9. Do you find that the unreasonably dangerous design of the ladle transfer car was a proximate cause of Samuel Moyer's injury?

    Yes_____    No_____

    [PLEASE PROCEED TO QUESTION NO. 10.]

10. Do you find that the ladle transfer car had an unreasonably dangerous characteristic of which Siemens failed to warn?

Yes_____ No__✓__

[IF YOU ANSWERED "NO" TO QUESTION NO. 10, PLEASE PROCEED TO SECTION C. IF YOU ANSWERED "YES," PROCEED TO QUESTION NO. 11.]

11. Do you find that Siemens' failure to provide an adequate warning was a proximate cause of Samuel Moyer's injury?

Yes_____ No_____

[IF YOU DID NOT ANSWER "YES" TO ANY OF THE QUESTIONS IN SECTION B, DO NOT ALLOCATE FAULT TO SIEMENS IN SECTION C.

IF YOU ANSWER "YES" TO ALL OF THE QUESTIONS IN SECTION B, ALLOCATE FAULT TO SIEMENS IN SECTION C;

OR

IF YOU ANSWER "YES" TO QUESTIONS 1, 2, 3, AND 4 IN SECTION B, ALLOCATE FAULT TO SIEMENS IN SECTION C;

AND/OR

IF YOU ANSWER "YES" TO QUESTION 1, 5, AND 6 IN SECTION B, ALLOCATE FAULT TO SIEMENS IN SECTION C;

AND/OR

IF YOU ANSWER "YES" TO QUESTIONS 7, 8, AND 9 IN SECTION B, ALLOCATE FAULT TO SIEMENS IN SECTION C.

AND/OR

IF YOU ANSWER "YES" TO QUESTIONS 10 AND 11 IN SECTION B, ALLOCATE FAULT TO SIEMENS IN SECTION C.

PLEASE PROCEED TO SECTION C ON THE NEXT PAGE.]

## SECTION C

C. **Allocation of Fault/Damages**

Please allocate on a percentage basis the degree of fault, if any, which you attribute to each of the following entities. All numerical percentages you enter in this question should add up to a total of 100%. The arrangement of the names does not suggest any priority of the allocation of fault.

| | |
|---|---|
| Bayou Steel Corporation | 33⅓% |
| ArcelorMittal LaPlace | 33⅓% |
| ArcelorMittal USA (LCNA) | 33⅓% |
| Signal Metal Industries | _____% |
| Siemens Industry Inc. | _____% |

[PLEASE PROCEED TO SECTION D ON THE NEXT PAGE.]

## SECTION D

D. **Damages**

Without considering the percentages of fault listed above, and without deducting any sums based on those percentages, what amount of money will fairly and adequately compensate the Plaintiff as a result of the injury Samuel Moyer sustained in this accident?

$ __350,000__    Physical Pain and Suffering, Samuel Moyer

$ __350,000__    Mental Pain and Suffering, Samuel Moyer

$ __1,552,314__    Loss of Financial Support and Services, Roxanne Moyer

$ __350,000__    Grief, Loss of Love and Affection, Roxanne Moyer

New Orleans, Louisiana, this __19th__ day of July, 2013.

_____
FOREPERSON SIGNATURE

__Talia L. Randazzo__
FOREPERSON NAME (PRINTED)

7