UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROXANNE MOYER | CIVIL ACTION |
| VERSUS | NO. 11-3185 |
| SIEMENS INDUSTRY, INC., ET AL | SECTION "E" (2) |

## **JUDGMENT**

Considering the verdict rendered by the Jury, accordingly;

**IT IS ORDERED, ADJUDGED, AND DECREED**, that there be judgment in favor of defendants Siemens Industry, Inc. and Signal Metal Industries, Inc. and against plaintiff Roxanne Moyer, individually and on behalf of her decedent husband, Samuel N. Moyer, dismissing plaintiff's complaint.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that the petition of intervention of ArcelorMittal is dismissed as moot.

New Orleans, Louisiana, this \_\_\_21st\_\_\_ day of July, 2013.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE