UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROXANNE MOYER, INDIVIDUALLY | * | CIVIL ACTION NO: 2:11-3185 |
| AND ON BEHALF OF HER DECEDENT | * | |
| HUSBAND, SAMUEL N. MOYER | * | SECTION: E |
| | * | |
| VERSUS | * | MAGISTRATE DIV.: 2 |
| | * | |
| SIEMENS VAI SERVICES, L.L.C, | * | |
| SIGNAL METAL INDUSTRIES, INC., | * | JURY TRIAL REQUESTED |

*********************************************

NOTICE OF SUBMISSION

Please take notice that Plaintiff, Roxanne Moyer, individually and on behalf of her decedent husband, Samuel N. Moyer will bring for submission her Motion for New Trial before the Honorable Judge Susie Morgan, United States District Court Judge for the Eastern District of Louisiana, on the 11th day of September, 2013 at 10:00a.m., or as soon thereafter as counsel may be heard.

Respectfully Submitted,

DAVIS, SAUNDERS & MILLER, PLC

*/s/ Benjamin B. Saunders Esq.*

BY: _____

JOSEPH M. MILLER #30636
BENJAMIN B. SAUNDERS #11733
CARISA GERMAN-ODEN #31463
400 Mariners Plaza Drive, Suite 504
Mandeville, Louisiana 70448
Telephone: (985) 612-3070
Facsimile: (985)612-3072

Attorneys for Plaintiff,
Roxanne Moyer, et al.

1

## CERTIFICATE OF SERVICE

I do hereby certify that on August 13, 2013, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Benjamin B. Saunders, Esq.*
Benjamin B. Saunders