## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROXANNE MOYER, INDIVIDUALLY AND ON BEHALF OF HER DECEDENT HUSBAND, SAMUEL J. MOYER** | **CIVIL ACTION** |
| **VERSUS** | **No. 11-3185** |
| **SIEMENS VAI SERVICES, L.L.C., et al** | **SECTION "E"** |

## ORDER SETTING ORAL ARGUMENT

Before the Court is a request by plaintiff for oral argument (R. Doc. #260) on her motion for new trial (R. Doc #259).

**IT IS ORDERED** that the request be and hereby is **GRANTED**. The Court will hear oral argument on Wednesday, September 11, 2013, at 10:00 a.m. Plaintiff will receive twenty (20) minutes for argument. Defendants will receive twenty (20) minutes **total** for argument, to be allocated among them as they see fit.

New Orleans, Louisiana, this __20th__ day of August, 2013.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**