UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROXANNE MOYER, INDIVIDUALLY AND ON BEHALF OF HER DECEDENT HUSBAND, SAMUEL N. MOYER | CIVIL ACTION |
| versus | NO. 11-3185 |
| SIEMENS VAI SERVICES, L.L.C., et al | SECTION: E/2 |

By orders entered on August 27, 2013 (Rec. Docs. 267-268), the Court continued the submission date on Signal's (Rec. Doc. 258) and Siemen's (Rec. Doc. 268) motions for assessment of costs until 30 days from the date the Court ruled on plaintiff's motion for new trial. The Court entered its ruling denying plaintiff's motion for new trial on October 29, 2013 (Rec. Doc. 275). Pursuant to the Court's August 27, 2013 order, any opposition by plaintiff as to the defendants' motions for assessment of costs is due on or before November 29, 2013.

New Orleans, Louisiana, this 7th day of November, 2013.

Carol L. Michel, Chief Deputy Clerk